NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NATHAN A. MASSEY,                              )
                                              )
            Appellant,                        )
                                              )
v.                                            )        Case No. 2D18-2786
                                              )
RACHEL M. MASSEY,                             )
                                              )
            Appellee.                         )
_____     )

Opinion filed October 16, 2019.

Appeal from the Circuit Court for Polk
County; Ellen S. Masters, Judge.

Nathan A. Massey, pro se.

No appearance for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., KELLY, and ATKINSON, JJ., Concur.